| | | | | |
|---|---|---|---|---|
| Boyd v. United States ....... | 15–CF–13 | 11/09/2016 | Affirmed, in part; reversed and remanded, in part | Richter |
| Barber v. United States ..... | 15–CM–681 | 11/09/2016 | Affirmed | McKenna |
| Morrow v. United States .... | 14–CF–1233 | 11/02/2016 | Affirmed, in part; reversed and remanded, in part | Anderson |
| Foskey v. Plus Properties, LLC .................... | 14–CV–340 | 11/02/2016 | Reversed and remanded | Macaluso |
| Lagon v. District of Columbia Department of Employment Services ........... | 15–AA–1192 | 11/02/2016 | Affirmed | Dept. of Employment Services - Compensation Review Bd. |